UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PATTY ANN RILEY and SHANE RILEY, a married couple,<br><br>                Plaintiff,<br><br>   v.<br><br>THE TRAVELERS HOME AND MARINE INSURANCE COMPANY, a foreign insurance company,<br><br>                Defendant. | No.: C18-904 RSM<br><br>**STIPULATED MOTION AND ORDER TO EXTEND EXPERT WITNESS DISCLOSURE DEADLINE** |

The parties hereby jointly move the Court for an extension of the deadline for expert witness disclosure under FRCP 26(a)(2). The parties would like additional time to participate in private mediation of this matter before incurring the expense of expert disclosures. Further, additional time is required based on an anticipated updated supplemental claim. The parties, therefore, believe a four week extension will be sufficient to complete these tasks.

Under the Order Setting Trial Date and Related Dates, that deadline for the parties to disclose expert witnesses is currently January 16, 2019. Dkt. #15. The parties propose that this date be continued to February 15, 2019. This request is not for purpose of delay but because the parties wish to participate in private mediation before incurring the expense of

expert disclosures and because the parties require more time to complete their investigation and for the experts to prepare their reports. The parties do not believe that this extension will impact any of the other deadlines in the case. They therefore respectfully request the deadline for expert disclosures be continued to February 15, 2019.

DATED: December 3, 2018

BULLIVANT HOUSER BAILEY PC

By  /s/ Ronald J. Clark
Ronald J. Clark, WSBA #43534
E-mail: ron.clark@bullivant.com
Jayme N. Mori, WSBA #50578
E-mail: jayme.mori@bullivant.com

Attorneys for The Travelers Home and Marine Insurance Company, a Foreign Insurance Company

MOORE LAW GROUP, PLLC

By  /s/ Joseph W. Moore
Joseph W. Moore, WSBA #44061
E-mail: joseph@moore.law

Attorneys for Plaintiff

## ORDER

IT IS ORDERED that the deadline for expert disclosures under FRCP 26(a)(2) is extended to February 15, 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER TO EXTEND EXPERT WITNESS DISCLOSURE DEADLINE — PAGE 2

Bullivant|Houser|Bailey PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204-2089
Telephone: 503.228.6351